JS - 6

1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS D. COKER [SBN 136820]
4  Assistant United States Attorney
      Room 7211, Federal Building
5     300 N. Los Angeles Street
      Los Angeles, California  90012
6     Telephone:  (213) 894-2454
      Facsimile:  (213) 894-0115
7  E-mail: thomas.coker@usdoj.gov

8  Attorneys for Plaintiff and Counter-
   Defendant United States of America
9

                  UNITED STATES DISTRICT COURT
10
                 CENTRAL DISTRICT OF CALIFORNIA
11
                      WESTERN DIVISION
12

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CV-07-06475-GAF |
| | ) (FFMx) |
| Plaintiff, | ) |
| | ) |
| v. | ) FINAL JUDGMENT: (1) REDUCING |
| | ) TAX ASSESSMENTS TO JUDGMENT; |
| | ) (2) FORECLOSING FEDERAL TAX |
| JUAN MADRIZ HARO, aka JUAN | ) LIENS AND ORDER OF SALE OF |
| HARO MADRIZ, aka, JUAN MADRIZ | ) REAL PROPERTY LOCATED AT |
| HARO, et al., | ) 8859 SANDLOCK STREET, PICO |
| | ) RIVERA, CALIFORNIA; AND (3) |
| Defendants. | ) DISMISSING CROSS-CLAIM |
| | ) |
| | ) |
| And Related Cross-Claim and | ) |
| Counter-Claim | ) |
| | ) |

21

22        Pursuant to the Court's Order filed on May 13, 2008,

23   setting aside fraudulent transfer and determining that

24   Defendants JUAN MADRIZ HARO and MORENA GUADALUPE HARO are

25   indebted to Plaintiff United States of America for unpaid

26   federal employment taxes, and pursuant to the Court's Order

27   re Cross-motions for Summary Judgment filed April 22, 2009,

28   granting summary judgment in favor of Plaintiff United

1  States of America and denying Defendant and Counterclaimant

2  Deutsche Bank's motion for partial summary judgment,

3      IT IS HEREBY ORDERED AND ADJUDGED THAT:

4      1.  The United States motion for summary judgment

5  against defendant DEUTSCHE BANK is GRANTED.

6      2.  Defendant and Counterclaimant Deutsche Bank's

7  motion for partial summary judgment against plaintiff and

8  counterclaim defendant United States of America is DENIED.

9      3.  Defendant and Counterclaimant Deutsche Bank takes

10  nothing by it's counterclaim.

11      4.  The Cross-claim filed by defendant and cross-

12  claimant Deutsche Bank is hereby dismissed without

13  prejudice.

14      5.  Defendants JUAN MADRIZ HARO and MORENA GUADALUPE

15  HARO are personally liable and indebted to the United States

16  of America for unpaid federal employment taxes in the sum of

17  $183,660.85, plus accrued interest, penalties and other

18  statutory additions, as permitted by law, until such

19  obligation is paid.

20      6.  Defendants JUAN MADRIZ HARO and MORENA GUADALUPE

21  HARO are the true owners of the real property located at and

22  commonly known as 8859 Sandlock Street, Pico Rivera,

23  California (hereafter the "Sandlock Property"),

24  in the County of Los Angeles, California, and more

25  particularly described as:

26      THAT PORTION OF LOT B OF COFFMAN PARTITION, IN THE CITY

27

28                                          -2-

1  OF PICO RIVERA, COUNTY OF LOS ANGELES, STATE OF

2  CALIFORNIA, AS PER MAP RECORDED IN BOOK 78, PAGES 25 TO

3  26 OF MISCELLANEOUS RECORDS, IN THE OFFICE OF THE

4  COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

5  BEGINNING AT THE SOUTHEAST CORNER OF LOT 11 OF TRACT

6  NO. 17122, IN THE CITY OF PICO RIVERA, COUNTY OF LOS

7  ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN

8  BOOK 422, PAGES 25 TO 26 OF MAPS, RECORDS OF SAID

9  COUNTY: THENCE SOUTH 82 DEGREES 00 MINUTES 55 SECONDS

10  WEST ALONG THE SOUTHERLY LINE OF LOTS 11 AND 10 OF SAID

11  TRACT NO. 17122, A DISTANCE OF 123.34 FEET; THENCE

12  PARALLEL WITH THE CENTER LINE OF COFFMAN PICO ROAD, AS

13  SHOWN ON SAID LAST MENTIONED MAP, SOUTH 8 DEGREES 05

14  MINUTES, 40 SECONDS EAST 82.08 FEET; THENCE PARALLEL

15  WITH THE SOUTHERLY LINE OF SAID LOTS 10 AND 11, NORTH

16  82 DEGREES 00 MINUTES 55 SECONDS EAST 3.34 FEET; THENCE

17  PARALLEL WITH THE CENTER LINE OF SAID COFFMAN PICO

18  ROAD; SOUTH 8 DEGREES 05 MINUTES 40 SECONDS EAST 11.50

19  FEET TO THE TRUE POINT OF BEGINNING; THENCE CONTINUING

20  ALONG LAST MENTIONED PARALLEL LINE SOUTH 8 DEGREES 05

21  MINUTES 40 SECONDS EAST 95.42 FEET TO THE EASTERLY

22  PROLONGATION OF THE SOUTHERLY LINE OF LOT 53 OF TRACT

23  NO. 16120, AS PER MAP RECORDED IN BOOK 358, PAGE 46

24  THROUGH 50 INCLUSIVE OF MAPS, RECORDS OF SAID COUNTY;

25  THENCE ALONG SAID PROLONGATION, SOUTH 82 DEGREES 00

26  MINUTES 55 SECONDS WEST 80.00 FEET TO THE SOUTHEASTERLY

27

28  -3-

1   CORNER OF SAID LOT 53; THENCE ALONG THE EASTERLY LINE

2   OF SAID LOT 53 AND PROLONGATION THEREOF, NORTH 8

3   DEGREES 05 MINUTES 40 SECONDS WEST 125.00 FEET TO A

4   LINE THAT BEARS NORTH 77 DEGREES 43 MINUTES 06 SECONDS

5   WEST FROM THE TRUE POINT OF BEGINNING; THENCE ALONG THE

6   LAST MENTIONED LINE SOUTH 77 DEGREES 43 MINUTES 05

7   SECONDS EAST 85.34 FEET TO THE TRUE POINT OF BEGINNING.

8   Assessor Parcel No. 6370-008-029

9       7.   Notices of Federal Tax Lien were filed in the

10  Official Records of the Recorder's Office of Los Angeles

11  County, California, against Defendants JUAN MADRIZ HARO &

12  MORENA GUADELUPE HARO on October 10, 2002; December 6, 2002;

13  May 23, 2003; July 18, 2003; April 20, 2005; and January 9,

14  2006.

15      8.   The Sandlock Property is ordered to be sold by the

16  Area Director of the Internal Revenue Service, Los Angeles,

17  California, District (hereinafter "Area Director"), or his

18  delegate, in accordance with the provisions of Title 28,

19  United States Code, Sections 2001 and 2002.

20      9.   Any party to this proceeding or any person

21  claiming an interest in the subject real property may move

22  the Court, pursuant to Title 28, United States Code, Section

23  2001(b), for an order for a private sale of the subject real

24  property.  Any such motion shall be filed within twenty (20)

25  days of the date of this Order and shall set forth with

26  particularity (a) the nature of the moving party's interest

27

28                          -4-

1 | in the subject real property, (b) the reasons why the moving
2 | party believes that a private sale would be in the best
3 | interests of the United States of America and any other
4 | claimant involved herein, (c) the names of three proposed
5 | appraisers and a short statement of their qualifications,
6 | and (d) a proposed form of order stating the terms and
7 | conditions of the private sale; and
8 |      10.  The Area Director, or his delegate, is ordered to
9 | sell the subject real property if it does not become the
10 | subject of a motion pursuant to the preceding paragraph, in
11 | accordance with Title 28, United States Code, Sections
12 | 2001(a) and 2002.  The property shall be sold by the
13 | Internal Revenue Service at a public sale to be held at the
14 | Los Angeles County Courthouse, Los Angeles, California.
15 |      a.  Notice of the sale shall be published once a week
16 |      for at least four (4) weeks prior to the sale in at
17 |      least one newspaper regularly issued and of general
18 |      circulation in Los Angeles County, California.  Said
19 |      notice shall describe the property by its legal
20 |      description, and shall contain the terms and conditions
21 |      of sale as set out herein.
22 |      b.  The terms and conditions of sale shall be as
23 |      follows:
24 |      A minimum bid equal to 70% of the forced sale
25 |      value as determined by the Area Director, IRS, shall be
26 |      required.  The United States of America may bid a
27 |
28 | -5-

1    credit against its liens and interest thereon, costs,

2    and expenses, without tender of cash.  The terms of

3    sale as to all other persons or parties bidding shall

4    be cash.  The successful bidder shall be required to

5    deposit with the Area Director cash equal to twenty

6    percent (20%) of the bidder's total bid immediately

7    upon the property being struck off and awarded to such

8    bidder as the highest and best bidder; and the

9    remaining eighty percent (80%) of said purchase price

10   to be paid on or before 5:00 p.m., three (3) days,

11   inclusive, of the date of sale.  Should any person bid

12   off the property at the sale by virtue of this Judgment

13   and Order of Sale, and fail to comply with the terms of

14   the sale, such bidder shall be liable to the United

15   States for twenty percent (20%) on the value of the

16   property thus bid off as a penalty, and said deposit

17   shall be paid over and delivered to the United States

18   to be applied toward payment of said penalty, but

19   payment of said penalty shall not be a credit against

20   the liens of the United States.

21   c.   Upon selling the subject real property, the

22   District Director, or his delegate, shall prepare and

23   file with this Court an accounting and report of sale

24   and shall give to the purchaser a Certificate of Sale

25   containing the description of the property sold and the

26   price paid.  The accounting and report of sale shall be

27

28                              -6-

1    filed within ten (10) days from the date of sale.   If

2    no objections have been filed in writing in this cause

3    with the Clerk of the Court, within fifteen (15) days

4    of the date of sale, the sale shall be confirmed

5    without necessity of motion, and the Area Director

6    shall be directed by the Clerk of the Court to execute

7    and deliver his deed to said purchaser.

8    d.   Possession of the property sold shall be yielded to

9    the purchaser upon the production of the Certificate of

10   Sale and Deed; and if there is a refusal to so yield, a

11   Writ of Assistance may, without further notice, be

12   issued by the Clerk of this Court to compel delivery of

13   the property sold to the purchaser.

14   e.   The Area Director shall apply the proceeds of sale

15   to expenses of sale and then in the following order of

16   priorities:

17   (1) First, to the Los Angeles County Tax Collector

18   toward satisfaction of its liens of record recorded prior to

19   May 13, 2005, which liens are in the amount of $1,872 as of

20   August 1, 2009, plus interest thereafter until paid;

21   (2)   Second, if any surplus remains after the payments

22   of the expenses of sale and the liens set forth in

23   subparagraph 10(e)(1) above, such remaining proceeds shall

24   be treated as a single fund and shall be applied by the Area

25   Director to pay the lien claims to the lien claimants in

26   this action, and distribute the funds according to the

27

28                                -7-

1  following order of lien priority, which amounts shall be

2  updated with all accrued interest and penalties to the date

3  of distribution:

4          (i) third, in satisfaction of plaintiff United

5  States of America's federal tax liens recorded prior to May

6  13, 2005, which liability is in the amount of $142,564 as of

7  August 1, 2009;

8          (ii) fourth, in satisfaction of defendant State of

9  California, Employment Development Department's, state tax

10  lien recorded on March 11, 2005, in the amount of $8,378.94,

11  which amount computed to August 1, 2009 is $11,191.08;

12          (iv) fifth, to defendant Deutsche Bank, assignee

13  of New Century Mortgage Corporation, in satisfaction, in

14  whole or in part, of the New Century Mortgage Deed of Trust

15  recorded on May 13, 2005, which amount is $400,218.40 as of

16  August 1, 2009.

17    11.  If any surplus remains after making the aforesaid

18  payments, the Area Director, or his delegate, shall so

19  report, and return and pay the same into the registry of

20  this Court for distribution under further order of this

21  Court.

22

23

24

25

26

27

28                                    -8-

1      12.   The Court hereby retains jurisdiction of this

2   action for the purpose of making proper distribution of any

3   surplus of the proceeds of sale, pursuant to the Area

4   Director's Accounting and Report of Sale.

5

6   DATED: May 8, 2009
                                GARY ALLEN FEESS
7                               United States District Judge

8
    Presented By:
9
    THOMAS P. O'BRIEN
10  United States Attorney
    SANDRA R. BROWN
11  Assistant United States Attorney
    Chief, Tax Division
12  _____
    THOMAS D. COKER
13  Assistant United States Attorney
    Attorneys for the United States of America
14

15  Approved as to form and content

16  HERBERT A. LEVIN, Esq.
    Deputy Attorney General
17
    _____
18  Attorney for Defendants and
    Cross-defendants State of California
19  Franchise Tax Board and Employment
    Development Department
20

21  BRANDI M. MOORE, Esq.
    Deputy County Counsel
22
    _____
23  Attorney for Defendant and Cross-
    defendant Los Angeles County Tax
24  Collector, Mark J. Saladino

25

26

27

28                              -9-

1    PATRICIA SNYDER, Esq.
     MARCUS, WATANABE, SNYDER & DAVE, LLP
2

3    _____
     Attorneys for Defendant, Counter-claimant
     and Cross-claimant DEUTSCHE BANK NATIONAL TRUST COMPANY,
4    TRUSTEE FOR HSBC BANK (USA) INC.,
     HIS ASSET SECURITIZATION CORPORATION
5    TRUST 2005-NC2 (HASCO 2005-NC2)
     as Assignee of the Beneficial Interest
6    of New Century Mortgage

7
     United States v. Haro, et al.,
8    CV 07-06475-GAF Final Judgment
     and Order of Sale of Real Property
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        -10-